FILED: December 23, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2313

(2010-81-R)

_____

KNOX CREEK COAL CORPORATION

       Petitioner

v.

SECRETARY OF LABOR, Mine Safety and Health Administration; FEDERAL MINE SAFETY & HEALTH REVIEW COMMISSION

       Respondents

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing the certified list of documents comprising the record until January 20, 2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk