FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION

OFFICE OF THE GENERAL COUNSEL

January 21, 2015

Ms. Patricia S. Connor
Clerk of Court
United States Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

    Re:    No. 14-2313; *Knox Creek Coal Corp. v. Secretary of Labor (MSHA) and Federal Mine Safety and Health Review Commission*

Dear Ms. Connor:

    Attached is a certified index of the administrative record for purposes of the subject case. Pursuant to Rule 17(b)(1)(B) of the Federal Rule of Appellate Procedure and the parties agreement, the hearing exhibits indexed have been limited to those the parties believe are relevant to the issues being appealed to the Court. Please contact me with any questions.

    Sincerely yours,

    /s/
    John T. Sullivan

cc:    Parties of Record (with attachment) via CM/ECF

IN THE U.S. COURT OF APPEALS
FOR THE FOURTH CIRCUIT

KNOX CREEK COAL CORPORATION, :
              Petitioner :
       :
              v. :      Docket No.  14-2313
       :
SECRETARY OF LABOR, MINE SAFETY :
AND HEALTH ADMINISTRATION, and :
FEDERAL MINE SAFETY AND HEALTH :
  REVIEW COMMISSION, :
              Respondents. :

CERTIFIED INDEX TO MATERIALS COMPRISING THE ADMINISTRATIVE RECORD
FILED PURSUANT TO RULE 17(b) OF THE FEDERAL RULES OF APPELLATE
PROCEDURE

                            CONTENTS                                                                         PAGE

Notice of Contest and Request for Expedited Hearing, re Citations 7318304,
8164762, 8169126-127, 137-138, 140-143, 146-147, 149; 8170450, 352-353,
358, 360-361, 363-01, 364, 368, 372-376, 387, 391, 393-395, and 398, (Contests - A)
filed by Knox Creek Coal Corporation (Knox Creek),with the Federal Mine Safety and
Health Review Commission (FMSHRC) on November 24, 2009 ............................................ 1-83

Email String Regarding Citations Considered as a Pattern of Violations, re
Contests - A, sent from the Mine Safety and Health Administration (Secretary),
to Knox Creek and FMSHRC, with dates including December 1-2, 2009 ............................... 84-87

Acknowledgement and Assignment of Contests - A, to Dockets
VA 2010-81 R through VA 2010-113 R (VA 2010-81 R, et al), issued by FMSHRC,
on December 2, 2009 ................................................................................................................. 88-90

Order of Assignment, re VA 2010-81 R, et al, assigned to the Administrative
Law Judge (ALJ), on December 2, 2009 .................................................................................. 91-93

Notice of Contest, re Citations 8169132, 8169147, 8169155, 8169156 (Contests – B),
filed by Knox Creek, with FMSHRC on December 11, 2009 ................................................. 94-101

Acknowledgement and Assignment of Contests - B, to Dockets VA 2010-130 R through
VA 2010-133 (VA 2010-130 R, et al) issued by FMSHRC, on December 11, 2009 .................. 102

Order Lifting Stay and Order of Assignment, re VA 2010-130 R, et al,
Assigned to the ALJ, issued by FMSHRC, on December 18, 2009 .................................. 103-104

Follow up Email from Knox Creek, Regarding the Contest of
Citation 8169147, sent to the ALJ, on December 18, 2009 ................................................ 105-106

Email from the Secretary, Regarding Docket Numbers Assigned to
Contested Cases, sent to ALJ, on January 13, 2010 ...............................................................107

Email from the ALJ, Regarding Trial Arrangements, sent to the Secretary and
Knox Creek, on January 27, 2010...................................................................................... 108-111

Motion to Amend Citations, re VA 2010-81 R, et al and VA 2010-130 R, et al,
filed by the Secretary, with the ALJ, on January 27, 2010................................................. 112-119

Attachments to Motion to Amend Citations, re VA 2010-81 R, et al and
VA 2010-130 R, et al, filed by the Secretary, with the ALJ, on January 28, 2010 ............. 120-146

Proposed Trial Sequence, re VA 2010-81 R, et al and VA 2010-130 R, et al,
filed by the Secretary, with the ALJ, on February 3, 2010................................................. 147-150

Email Exchange Between the Secretary and Knox Creek, Regarding Citation Assessment,
For Expedited Hearing, sent to the ALJ, Beginning January 28, 2010
Through February 3, 2010 .................................................................................................. 151-152

Email from Knox Creek, Regarding Call in CONTINGENCY Information for a Conference
Call, sent to the ALJ, on February 4, 2010 .............................................................................153

Email from Knox Creek, Regarding Call in Information for a Conference Call,
sent to the ALJ, on February 11-12, 2010 ...............................................................................154

Email from the Secretary, Regarding Clarification of Citation 8170372, Referred
to in the Secretary's Motion to Amend Citations, sent to the ALJ,
on February 9, 2010 .................................................................................................................155

Email string, Regarding the Status Conference Call and Rescheduling of Hearing,
Exchanged, initially sent from Knox Creek, on February 11, 2010 ................................... 156-157

Memorandum Opposing Secretary's Motion to Amend Citations, re
VA 2010-81 R, et al and VA 2010-130 R, et al, filed by Knox Creek, with ALJ, on
February 12, 2010 ............................................................................................................... 158-166

Order Denying Motion to Amend Citations, in Part and Granting, In Part for
VA 2010-81 R, et al, and VA 2010-130 R, et al, issued by the ALJ, on
February 12, 2010 ............................................................................................................... 167-172

Order Rescheduling Hearing, re VA 2010-81 R, et al and VA 2010-130 R, et al, issued by the ALJ, on February 12, 2010 .............................................................. 173-175

Secretary's Answer, re VA 2010-81 R, et al and VA 2010-130 R, et al, filed with the ALJ, on February 17, 2010 ............................................................................. 176-179

Secretary's Pre-Hearing Memorandum of Law Concerning Violations of 30 CFR 75.503, re VA 2010-81 R, et al and VA 2010-130 R, et al, filed with the ALJ, on February 19, 2010 ..................................................................................... 180-193

Stipulations, re VA 2010-81 R, et al, VA 2010-130 R, et al, VA 2010-166, and VA 2010-214, filed by the Secretary, with the ALJ, on February 22, 2010 ................ 194-324

Secretary's Petition for the Assessment of Civil Penalty, re VA 2010-214, filed with FMSHRC, on February 22, 2010 ........................................................................ 325-359

Secretary's Petition for the Assessment of Civil Penalty, re VA 2010-166, filed with FMSHRC, on February 24, 2010 ........................................................ 360-462

Letter Seeking Clarification on the Issuance of Decisions, re VA 2010-81 R, et al, VA 2010-130 R, et al, VA 2010-166, and VA 2010-214, filed by the Secretary, with the ALJ, on February 24, 2010 ............................................................................ 463-465

Order of Assignment, re VA 2010-166, assigned to the ALJ, on March 2, 2010 ........................ 466

Notice of Hearing Site, re VA 2010-81 R, et al, and VA 2010-130 R, et al, issued by the ALJ, on March 2, 2010 ............................................................................... 467-469

Knox Creek's Answer to Petition, re VA 2010-166, filed with the ALJ, on March 3, 2010 ........................................................................................................ 470-474

Knox Creek's Answer to Petition, re VA 2010-214, filed with the ALJ, on March 3, 2010 ........................................................................................................ 475-480

Order of Consolidation, re VA 2010-81 R, et al, VA 2010-133 R, et al, VA 2010-166, and VA 2010-214, issued by the ALJ, on March 4, 2010 .................................................. 481-484

Revised Notice of Hearing Site, re VA 2010-81 R, et al, VA 2010-130 R, et al, VA 2010-166, and VA 2010-214, issued by the ALJ, on March 5, 2010 ........................... 485-488

Motion for Summary Judgment of S&S Violations, re VA 2010-81 R, et al, VA 2010-130 R, et al, VA 2010-166 and VA 2010-214, filed by the Secretary, with the ALJ, on March 5, 2010 ................................................................................ 489-497

Memorandum in Support of Motion for Summary Judgment of S&S Violations,
re VA 2010-81 R, et al, VA 2010-130 R, et al, VA 2010-166 and VA 2010-214, filed
by the Secretary, with the ALJ, on March 5, 2010 ................................................................. 498-503

Exhibit List, re VA 2010-81 R, et al, VA 2010-130 R, et al, VA 2010-166 and
VA 2010-214, filed by the Secretary, with the ALJ, on March 5, 2010 ............................... 504-509

Witness List, re VA 2010-81 R, et al, VA 2010-130 R, et al, VA 2010-166 and
VA 2010-214, filed by the Secretary, with the ALJ, on March 5, 2010 ............................... 510-512

Three Citations Referenced in the Exhibit List, re VA 2010-81 R, et al, VA 2010-130 R, et al,
VA 2010-166 and VA 2010-214, filed by the Secretary, with the ALJ,
on March 8, 2010 ................................................................................................................... 513-521

Secretary's Response to Motion for Summary Judgment, re VA 2010-81, et al,
VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, filed with the ALJ, on
March 8, 2010 ........................................................................................................................ 522-551

Expert Reports to be Used as Evidence at Hearing, re VA 2010-81, et al,
VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, filed by the Secretary, with the
ALJ, on March 9, 2010 .......................................................................................................... 552-636

Expert Report on Ground Conditions to be Used as Evidence at Hearing, re VA 2010-81, et al,
VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, filed by Knox Creek, with the
ALJ, on March 9, 2010 .......................................................................................................... 637-641

Expert Report on Electrical and Permissibility Citations to be Used as Evidence at Hearing,
re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, filed by Knox
Creek, with the ALJ, on March 9, 2010 ................................................................................ 642-681

Email String Regarding Objections to Expert Witnesses, re VA 2010-81, et al,
VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, sent from the Secretary and
Knox Creek, to the ALJ, on March 10, 2010 ........................................................................ 682-683

Order Denying Motion for Partial Summary Decision, re VA 2010-81, et al,
VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, issued by the ALJ, on
March 10, 2010 ...................................................................................................................... 684-687

Final Disclosure of Fact and Expert Witnesses, re VA 2010-81, et al, VA 2010-130-R, et al,
VA 2010-166 and VA 2010-214, filed by Knox Creek, with the ALJ, on
March 10, 2010 ...................................................................................................................... 688-693

Stipulations Addendum, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and
VA 2010-214, filed by the Secretary, with the ALJ, on March 10, 2010 ............................. 694-695

Reply to Secretary's Pre-Hearing Memorandum of Law Concerning Violations of 30 CFR 75.503, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, filed by Knox Creek, with the ALJ, on March 11, 2010 .............................. 696-705

Transcript of Hearing Volume I, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, held March 15, 2010 ...................................................... 706-1108

Exhibit
  No.

### Joint

| | | |
|---|---|---|
| 1 | Stipulations | 1109-1115 |

### Government

| | | |
|---|---|---|
| 1 | Tiller No. 1 Mine Map | 1116 |
| 2 | 10/12/09 Mine Action Plan | 1117-1120 |
| 3 | Expert Report - Hubert Payne | 1121-1132 |
| 4 | Expert Report - Ken Porter | 1133-1164 |
| 69 | Citation No. 8169127 | 1165 |
| 70 | Inspector's Notes for Citation No. 8169127 | 1166-1167 |
| 71 | Citation No. 8169155 | 1168-1169 |
| 72 | Inspector's Notes for Citation No. 8169155 | 1170 |
| 73 | Photograph | 1171 |
| 74 | Photograph | 1172 |
| 75 | Citation No. 8170363 | 1173-1174 |
| 76 | Inspector's Notes for Citation No. 8170363 | 1175 |
| 77 | Order No. 8163773 | 1176-1178 |
| 78 | Citation No. 8170375 | 1179-1180 |
| 79 | Inspector's Notes for Citation No. 8170375 | 1181 |
| 80 | Photograph | 1182 |
| 97 | Citation No. 8169156 | 1183 |
| 98 | Inspector's Notes for Citation No. 8169156 | 1184 |
| 114 | Citation No. 8170394 | 1185-1186 |
| 115 | Inspector's Notes for Citation No. 8170394 | 1187 |
| 116 | Photograph | 1188 |
| 117 | Photograph | 1189 |
| 118 | Photograph | 1190 |
| 119 | Photograph | 1191 |
| 120 | Photograph | 1192 |
| 132 | Summary Record of Ignitions at Tiller No. 1 Mine | 1193-1196 |

### Knox Creek

| | | |
|---|---|---|
| 27 | October 27, 2009 Memo Citation Number 8169127 | 1197 |
| 28 | Schematic of Control Station. Re: Citation Number 816927 | 1198 |

| | | |
|---|---|---|
| 29 | Photographs 1-2. Re: Citation Number 8169127 | 1199-1200 |
| 30 | Weekly Examination of Electrical Equipment dated 11/10/09. Re: Citation Number 8169155 | 1201 |
| 31 | Weekly Examination of Electrical Equipment dated 11/18 - 11/20/09. Re: Citation Number 8169155 | 1202 |
| 32 | Schematic of Connection Box. Re: Citation Number 8169155 | 1203 |
| 33 | Photographs 1-3. Re: Citation Number 8169155 | 1204-1206 |
| 34 | Weekly Examination of Electrical Equipment dated 10/23/09 - 10/25/09. Re: Citation Number 81070363 | 1207 |
| 35 | Schematic of Box Connection. Re: Citation Number 81070363 | 1208 |
| 36 | Photographs 1-9. Re: Citation Number 8170363 | 1209-1217 |
| 37 | Schematic of Joy 8CA350J Motor. Re: Citation Number 81070375 | 1218 |
| 38 | Photographs 1-6. Re: Citation Number 8170375 | 1219-1224 |
| 52 | Weekly Examination of Electrical Equipment dated 11/10/09 and 11/18/09 – 11/20/09. Re: Citation Number 8169156 | 1225-1226 |
| 53 | Photographs 1-4. Re: Citation Number 8169156 | 1227-1230 |
| 63 | Pre-shift Examination of Belt Conveyors dated 11/09/09 Re: Citation Number 8170394 | 1231-1234 |
| 66 | Photographs by Jack Snow. Re: 8164672, 8170358, 8170360, 8170393, 8170394 and 8170391 | 1235-1263 |
| 67 | Photograph 1 of the Methane Monitor Location for the Continuous Miner. Re: Citation Numbers 8169127, 8168155, 8170363-1, 8170375 | 1264 |
| 69. | Davrin Spencer – Expert Report | 1265-1303 |
| 70. | Cable Report. Re: Darvin Spencer, Citation Numbers 8170374, 8168149, 8169156 | 1304 |

Transcript of Hearing Volume II, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, held March 16, 2010 .................................................. 1305-1867

Transcript of Hearing Volume III, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, held March 17, 2010 .................................................. 1868-2401

Exhibit List, re VA 2010-81 R, et al, VA 2010-130 R, et al, VA 2010-166 and VA 2010-214, filed by Knox Creek, with the ALJ, on March 17, 2010 ......................... 2402-2407

Transcript of Hearing Volume IV, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, held March 18, 2010 .................................................. 2408-2897

Transcript of Hearing Volume V, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, held March 19, 2010 .................................................. 2898-2968

Transcript of Hearing Volume VI, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, held March 24, 2010 .................................................. 2969-3054

Transcript of Conference Call Hearing and Bench Decision, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, held June 4, 2010 .................. 3055-3226

Transcript of Conference Call Hearing and Bench Decision (cont'd), re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, held June 8, 2010 ...................................................................................... 3227-3333

Letter from Secretary Requesting ALJ to Issue Written Decision, re VA 2010-81, et al., VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, filed with the ALJ on September 8, 2010 ..................................................................... 3334-3335

Response to Letter from Secretary Requesting ALJ to Issue Written Decision, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, filed with the ALJ, on September 21, 2010 ....................................................................................... 3336

Motion to Approve Partial Settlement, re VA 2010-166 and VA 2010-214, filed by the Secretary, with the ALJ, on December 2, 2010 ......................................................... 3337-3341

Email Exchange Among all Parties and the ALJ Discussing Settlement, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, beginning on November 19, 2010 and ending December 15, 2010 ................................. 3342-3344

Amended Motion to Approve Partial Settlement, re VA 2010-166 and VA 2010-214, filed by the Secretary, with the ALJ, on December 16, 2010 ........................................... 3345-3350

Decision, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, issued by the ALJ, on December 27, 2010 ...................................................................... 3351-3456

Petition for Discretionary Review, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, filed by the Secretary, with the FMSHRC Commissioners (the Commission) on January 26, 2011 ................................................. 3457-3477

Petition for Discretionary Review, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, filed by Knox Creek, with the Commission, on January 27, 2011 ........................................................................................... 3478-3503

Direction for Review, Denying Petition for Discretionary Review re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, issued by the Commission, on February 4, 2011 ............................................................. 3504-3505

Designation of PDR as Opening Brief, and Errata, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, filed by the Secretary, with the Commission, on March 8, 2011 ............................................. 3506-3510

Appeal: 14-2313    Doc: 16    Filed: 01/21/2015    Pg: 9 of 10

Response to the Opening Brief, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, filed by Knox Creek, with the Commission, on April 6, 2011 .................................................................................................... 3511-3531

Unopposed Motion for Extension of Time to File Reply Brief, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, filed by the Secretary, with the Commission, on April 22, 2011 ................................................................................. 3532-3536

Reply Brief, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, filed by the Secretary, with the Commission, on May 10, 2011.............. 3537-3553

Decision, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, issued by the Commission, on May 28, 2014.......................................... 3554-3573

Order on Remand, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, issued by the Commission, on June 10, 2014.......................................... 3574-3575

Note to File Indicating that Knox Creek's Intent to Appeal Commission Decision, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, Created by the ALJ, on July 7, 2014 ........................................................................................................3576

Reinstated and Modified Order on Remand, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, issued by the ALJ, on September 9, 2014 ......................... 3577-3578

Decision on Remand, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, issued by the ALJ, on October 7, 2014..................................................... 3579-3584

Petition for Discretionary Review, re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, filed by Knox Creek, with the Commission, on November 6, 2014................................................................................................. 3585-3607

Notice, Denying Petition for Discretionary Review re VA 2010-81, et al, VA 2010-130-R, et al, VA 2010-166 and VA 2010-214, issued by the Commission, on November 14, 2014............................................................................................... 3608-3609

## CERTIFICATE

I, Pamela Champ, Legal Assistant for the Federal Mine Safety and Health Review Commission, hereby certify that the foregoing is a true and correct Index to Materials Comprising the Administrative Record, of the captioned proceeding.


/s/ Pamela Champ
Pamela Champ